**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Sh'dell NICHOLAS, Defendant—Appellant.**

No. 04–7536.

United States Court of Appeals, Fourth Circuit.

Submitted: March 10, 2005.

Decided: March 14, 2005.

Sh'dell Nicholas, Appellant pro se.

Morgan Eugene Scott, Acting United States Attorney, Roanoke, Virginia, for Appellee.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**120**

PER CURIAM:

Sh'dell Nicholas, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Nicholas*, CA–04–526–7 (W.D.Va. filed Sept. 9, 2004; entered Sept. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*